UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JADA LEIGH MAHUGH, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. C13-1782-TSZ-JPD <br><br><br> REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 18.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"). On remand, the ALJ shall offer plaintiff an opportunity for a new hearing, further update the medical record, and issue a new decision. The ALJ shall also:

    1.    Reassess plaintiff's maximum residual functional capacity (RFC), specifically with consideration to the opinions of record from Dr. Eisenhauer and Dr. Kester;

2. Consider all medical source opinions and fashion a complete RFC finding. The ALJ should provide specific reasoning for the weight given to opinion evidence, discussing the evidentiary basis for conclusions along with an adequate rationale for either accepting or rejecting probative medical opinions, and giving consideration to obtaining medical expert testimony;

3. Include all unrejected work related limitations in the RFC; and

4. Reassess steps four and five with the assistance of a vocational expert plaintiff's work-related limitations on the occupational base ensuring that the vocational expert is provided a hypothetical that is consistent with the RFC ultimately found.

Upon proper application, the Court will consider whether reasonable attorney's fees and costs should be awarded pursuant to 28 U.S.C. § 2412.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Thomas S. Zilly immediately approve this Report and Recommendation.  The Clerk should note the matter for **April 25, 2014** as ready for Judge Zilly's consideration.  A proposed order accompanies this Report and Recommendation.

DATED this 25th day of April, 2014.

*/s/ James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge